UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Andrew Gill,                                )
                                            )
        Plaintiff,                          )
                                            )
        v.                                  )   Civil Action No.  11 0578
                                            )
The United States Department of             )
Education,                                  )
                                            )
        Defendant.                          )
                                            )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, alleges that between 1987 and 2000, from age 5 to 18, he was denied an "equal opportunity for education." Compl. at 1. He seems to attribute his plight to, among other things, having "lived at over 15 different residences . . . enrolled in 12 different schools . . . in approximately 10 different cities . . . ." *Id.* None of plaintiff's rambling allegations implicates the sole defendant, the Department of Education, and the Court cannot fathom how he can cure this pleading defect. *See Gill v. United States*, Civ. Action No. 10-0588 (D.D.C., Apr. 14, 2010) (dismissing as frivolous plaintiff's complaint alleging, *inter alia*, denial of a proper public education). Hence, the complaint will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: March 14, 2011

2